ISABELLE M. RUNYON et al., Respondents, v. JOHN B. GRUBB, Appellant.

Runyon v. Grubb, 119 App. Div. 17, affirmed.
(Submitted June 4, 1908; decided September 29, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 29, 1907, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to compel the specific performance of a contract for the purchase of real property.

*Frank B. Lown* for appellant.

*Philip M. Brett* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: WERNER, J.

---

CHARLES R. CARPENTER, Appellant, v. CHICAGO, MILWAUKEE AND ST. PAUL RAILWAY COMPANY, Respondent.

Carpenter v. Chicago, Milwaukee & St. Paul Ry. Co., 119 App. Div. 169, affirmed.
(Argued June 5, 1908; decided September 29, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 18, 1907, in favor of defendant, upon the submission, under section 1279 of the Code of Civil Procedure, of a controversy arising out of the refusal of the defendant to convert certain of its bonds into shares of its preferred stock.

*Herman Aaron* for appellant.

*William B. Hornblower* and *Morgan M. Mann* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Not sitting: GRAY, J. Absent: WERNER, J.